IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, solely in its capacity as securities intermediary, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 2:22-cv-01613-LPL |
| Plaintiff, | | |
| v. | | |
| SUE L. BETRES; and PHL VARIABLE INSURANCE COMPANY, | | |
| Defendants. | | |

**NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

PLEASE TAKE NOTICE:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff U.S. Bank National Association, solely in its capacity as securities intermediary[1] ("Securities Intermediary"), voluntarily dismisses the entire Complaint filed in this action by Securities Intermediary with prejudice in accordance with the settlement agreement among the parties to this action.

---

[1] US Bank National Association at all relevant times has acted solely as Securities Intermediary for the beneficial owner of the life insurance policy at issue in this case, not in its individual capacity.  *See* 13 Pa. Cons. Stat. § 8102(a) (defining "Securities Intermediary").

Dated: February 16, 2023

Respectfully submitted,

/s/ Brendan K. Petrick
Brendan K. Petrick (88968)
PETRICKLAW GROUP LLC
4304 Walnut Street, Suite 1
McKeesport, PA 15132
412.969.4444

Julius A. Rousseau, III*
Franjo M. Dolenac*
ARENTFOX SCHIFF LLP
1301 Avenue of the America, 42nd Floor
New York, NY 10010
212.484.3900
jule.rousseau@afslaw.com
franjo.dolenac@afslaw.com

* *Pro hac vice forthcoming*

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION, AS
SECURITIES INTERMEDIARY